___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | 5:19-cv-01806-JLS<br>5:19-cv-01434-JLS<br>6:17-bk-17472-WJ | Date: February 10, 2020 |
| Title: | In re Aguina Aguina | |

___

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) **ORDER DISMISSING BANKRUPTCY APPEALS**

These cases are bankruptcy appeals.

This matter is before the Court on the Notice of Mootness filed by Appellees in one of the related cases. (*See* 5:19-cv-01806-JLS Doc. 21.)

Appellant appeals the Bankruptcy Court's September 16, 2019 Order Granting Motion for Relief from Automatic Stay. (*See id.* Doc. 1.) By lifting the stay, the Bankruptcy Court authorized transfer of multiple vacant lots in Murrieta California. (*See id.* Doc. 1 at 4-5 (referencing lots 930-130-018, 930-130-016, 930-140-010 through 930-140-015 and 930-140-007).) Appellant did not seek a stay of the Bankruptcy Court's Order, and this Court denied the Motion to Stay Appellant filed here. (*See id.* Doc. 15.)

In the Notice of Mootness, Appellees advise the Court that these vacant lots were sold in a foreclosure sale on November 1, 2019. (Notice at 2 & Ex. A (Trustee's Deed on Sale referencing same lot numbers).) Appellant has not filed any response to the Notice of Mootness.[1] Therefore, upon review of the record, the Court finds that the sale moots

___

[1] Moreover, Appellant also failed to file an opening brief before the November 20, 2019 deadline. (*See id.* Doc. 20, Notice Re: Bankruptcy Record Complete, filed 10/21/2019 ("The date of filing of this Notice Re: Bankruptcy Record Complete constitutes the starting date for the calculation of all deadlines pursuant to Federal Rule of Bankruptcy Procedure 8018, and, if applicable, Federal Rule of Bankruptcy Procedure 8016."); Fed. R. Bankr. P. 8018(a)(1) (setting the deadline for the filing of the appellant's opening brief as 30 days after the Court's filing of the notice that the record has been transmitted).)

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:19-cv-01806-JLS<br>5:19-cv-01434-JLS<br>6:17-bk-17472-WJ | Date: February 10, 2020 |
| Title: | In re Aguina Aguina | |

this appeal. Accordingly, the Court dismisses the -01806 appeal as moot. *See Onouli-Kona Land Co. v. Estate of Richards*, 846 F.2d 1170, 1171 (9th Cir. 1988).

The Court has also reviewed the record in the related case. (*See generally In re Aguina Aguina*, 5:19-cv-01434-JLS.) There, Appellant appeals from an August 1, 2019 Order of the Bankruptcy Court that approved the stipulation of the trustee to abandon certain property of the estate, namely, the above-referenced vacant lots. (*Id.* Doc. 9.) Essentially, the trustee's abandonment of the vacant lots, approved by the Bankruptcy Court, paved the way for the Bankruptcy Court's later Order Granting Motion for Relief from Automatic Stay. Appellant sought no stay pending appeal in this related case, and the foreclosure sale of the vacant lots therefore moots the appeal in the -01434 case as well.

The Court therefore dismisses the above-captioned appeals.

**IT IS SO ORDERED.**

Initials of Preparer: tg

CC: BAP